IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONDER KHOURY,

    Plaintiff,                       No. 2:12-cv-2088 CKD P

    vs.

ROBERT BLAISER, et al.,

    Defendants.              <u>ORDER</u>

                               /

           On October 4, 2012, plaintiff filed a motion asking that this court reconsider its September 21, 2012 order (1) dismissing this action under 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted, and (2) requiring plaintiff to pay the statutory $350.00 filing fee for this action.[1] Plaintiff has consented to this court's jurisdiction.

           A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

/////

---

[1] Plaintiff is proceeding in forma pauperis.

Plaintiff does not present newly discovered evidence suggesting this matter should not be dismissed. Furthermore, the court finds that, after a de novo review of this case, the September 21, 2012 order is neither manifestly unjust nor clearly erroneous, either on the merits or as to plaintiff's obligation to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 4, 2012 motion for reconsideration (Dkt. No. 15) is denied.

Dated: November 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
khou2088.R60